IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DANIEL ROOT,<br><br>            Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF CORRECTIONS dba MONTANA WOMEN'S PRISON, PAUL LAW and ALEX SCHROECKENSTEIN,<br><br>            Defendants. | CV 18-164-BLG-SPW-<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 78), and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that all deadlines are **VACATED**. The Pretrial Conference set for Thursday, August 5, 2021 at 1:30 p.m. and the Jury Trial set for Monday, August 16, 2021 at 9:00 a.m., are **VACATED**.

DATED this 3rd day of June, 2021.

_____
SUSAN P. WATTERS
United States District Judge