IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DANIEL ROOT,<br><br>    Plaintiff,<br><br>v.<br><br>MONTANA DEPARTMENT OF CORRECTIONS dba the MONTANA WOMEN'S PRISON, PAUL LAW and ALEX SCHROECKENSTEIN,<br><br>    Defendants. | Cause No. CV-18-164-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Attorneys for all parties having stipulated in writing to this Court that this case may now be dismissed (Doc. 80) with prejudice, each party to bear its own costs and attorney's fees incurred;

IT IS HEREBY ORDRED, ADJUDGED AND DECREED that this matter is DISMISSED WITH PREJUDICE, each party to bear its costs and attorney's fees incurred herein.

DATED this 11th day of June, 2021.

_Susan P. Watters_
United States District Judge
SUSAN P. WATTERS